UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Linda M. Ruivo
     v.                                 Case No. 11-cv-466-PB

Wells Fargo Bank, NA, et al

## J U D G M E N T

In accordance with Judge Paul Barbadoro's Memorandum and Order dated November 19, 2012, which granted defendant's motion to dismiss, judgment is hereby entered.


                                                     By the Court,

                                                     /s/ Daniel J. Lynch
                                                     Daniel J. Lynch
                                                     Chief Deputy Clerk

November 20, 2012

cc:    Counsel of Record