UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**Linda M. Ruivo**

   **v.**                                    Case No. 11-cv-466-PB

**Wells Fargo Bank, N.A.**


**O R D E R**


   Linda Ruivo seeks a stay pending appeal of an order from
this court dismissing her complaint.  She asserts that such a
stay will also stay any attempt by the defendant to foreclose on
her property because a stay pending appeal would leave in place
an earlier state court order granting her temporary relief from
foreclosure.

   Addressing Ruvio's second contention first, Ruvio is wrong
in claiming that a stay of the court's ruling on the motion to
dismiss would also stay any foreclosure on her property.  The
state court order she relies on expired by its own terms ten
days after it was issued.  She never sought to renew the order
in this court and the order did not remain in effect simply
because a hearing was never held on the order.  Thus, the relief
she seeks would not stay an anticipated foreclosure.  To obtain

a stay of foreclosure, Ruvio thus must obtain injunctive relief

pending appeal.

    As the First Circuit has recognized,

> [a] party requesting injunctive relief pending appeal
> bears the burden of showing that the circumstances of
> the case justify the exercise of the court's
> discretion.  As in cases involving stays of action
> pending appeal, we are guided by consideration of four
> factors:  (1) whether the applicant has made a strong
> showing that he is likely to succeed on the merits;
> (2) whether the applicant will be irreparably injured
> absent relief; (3) whether the issuance  of relief
> will substantially injure the other parties interested
> in the proceeding; and (4) where the public interest
> lies.

Respect Maine PAC v McKee, 622 F.3d 13, 15 (2d Cir. 2010)

(citations omitted).  Here, for the reasons set forth in my

ruling granting the defendant's motion to dismiss, Ruvio has

failed to make a strong showing that she is likely to succeed on

the merits of her claim.

    The Motion to Stay Judgment Pending Appeal (Doc. No. 36) is

denied.

    SO ORDERED.

                           /s/Paul Barbadoro
                           Paul Barbadoro
                           United States District Judge

March 6, 2013

cc:   David H. Bownes, Esq.
      David M. Bizar, Esq.